# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0375
_____

MARCEL COTE,

Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

Appellee.

_____

On appeal from the Reemployment Assistance Appeals
Commission.
Charles Faircloth, Jr., Chairman.

May 23, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Marcel Cote, pro se, Appellant.

Amanda L. Neff, Deputy General Counsel, Tallahassee, for Appellee.